USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2025__

**HURWITZ FINE** PC

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Evan D. Gestwick**
edg@hurwitzfine.com

November 3, 2025

<u>VIA ECF</u>
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York

    RE:    Matter:    *Colony Ins. Co. v. James River Ins. Co. et al.*
              Case No.:  1:25-cv-00136

Dear Judge Torres:

    The parties write jointly pursuant to Rule 1.B. of Your Honor's Individual Practices in Civil Cases to respectfully request a 60-day extension of the fact discovery deadline. The current fact discovery deadline is November 4, 2025. The parties request that this deadline be extended to January 5, 2026. A case management conference is scheduled for November 24, 2025, which, in light of this request to extend the fact discovery deadline, will also need to be adjourned to a date after January 5, 2026. One request of this nature has been made and granted, and all parties consent to this request.

    The reason for this request is that the parties are continuing to discuss resolution of this matter. The parties have completed the initial round of paper discovery. Plaintiff produced over 700 pages of documents, which James River is reviewing in conjunction with the parties' ongoing attempts to resolve this matter without Court intervention.

    The parties realize that Rule 1.C. of Your Honor's Individual Practices in Civil Cases require requests of this nature to be made at least 48 hours in advance of the deadline. The parties apologize that this request is made late, but note that it is made prior to the expiration of the deadline. The parties request that the Court forgive the parties' delay, and grant the extension of the fact discovery deadline in the event that settlement discussions do not come to fruition.

    The parties thank the Court for its continued attention to this matter.

Very truly yours,

HURWITZ FINE P.C.

*Evan D. Gestwick*

Evan D. Gestwick

---

**GRANTED.** By **January 5, 2026**, the parties shall complete fact discovery. The case management conference scheduled for November 24, 2025 is ADJOURNED to **January 26, 2026,** at **10:00 a.m.** By **January 19, 2026**, the parties shall submit a joint status update indicating whether they will be filing any pre-motion letters regarding summary judgment and whether they believe the case should be referred to Honorable Gary Stein for settlement discussions.

SO ORDERED.

Dated: November 4, 2025
       New York, New York

ANALISA TORRES
United States District Judge