UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE COMPANY,

                Plaintiff,

      -against-

JAMES RIVER INSURANCE COMPANY AND
RONGFU ZHANG,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2026
```

25 Civ. 136 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 6, 2026, the Court granted the parties' joint request for an extension of time to complete fact discovery. *See* ECF No. 32. Accordingly, because fact discovery is still ongoing, the case management conference scheduled in this matter for January 26, 2026, at 10:00 a.m. is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 20, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge