UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLONY INSURANCE COMPANY,

                Plaintiff,

      -against-

JAMES RIVER INSURANCE COMPANY AND
RONGFU ZHANG,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/15/2026
```

25 Civ. 136 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated January 6, 2026, the Court granted the parties' joint request for an extension of time to complete fact discovery. *See* ECF No. 32. Fact discovery closed on February 19, 2026. *See id.* Accordingly, by **April 29, 2026**, the parties shall file a joint status update which shall indicate: (1) whether the parties will be filing any pre-motion letters regarding summary judgment and (2) whether the parties seek a referral to the Honorable Gary Stein for settlement discussions.

      SO ORDERED.

Dated: April 15, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge